UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MERIWETHER,<br><br>        Plaintiff,<br><br>    v.<br><br>MOSQUEDA, et al.,<br><br>        Defendants. | No. 1:25-cv-00284-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF PAY THE $405.00 FILING FEE WITHIN 20 DAYS<br><br>Doc. 8 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 6, 2025, together with his motion to proceed in forma pauperis (IFP). Docs. 1, 2. A certified copy of plaintiff's prison trust fund account statement was filed on March 11, 2025. Doc. 6. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On March 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff be directed to pay the $405.00 filing fee for this action. Doc. 8. The magistrate judge found that plaintiff was able to afford the costs of this action because his trust account statement showed he had the available sum of $876.07 as of March 7, 2025. *Id.* at 2. The findings and

1

1  recommendations were served on plaintiff and contained notice that any objections were to be
2  filed within thirty days. *Id.* at 3. Plaintiff has not filed objections and the time to do so has
3  passed.
4      In accordance with 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of
5  the case. Having carefully reviewed the file, the court concludes that the magistrate judge's
6  findings and recommendations are supported by the record and proper analysis.
7      Accordingly, IT IS ORDERED that:
8    1. The findings and recommendations issued on March 11, 2025, Doc. 8, are ADOPTED IN
9       FULL;
10   2. Plaintiff's motion to proceed in forma pauperis, Doc. 2 is DENIED;
11   3. Within 20 days from the date of service of this order, plaintiff shall pay in full the $405.00
12      filing fee if he wishes to proceed with his action.
13   4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in the
14      dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   April 8, 2025                                 
                                            UNITED STATES DISTRICT JUDGE