UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MERIWETHER,<br><br>  Plaintiff,<br><br>  v.<br><br>MOSQUEDA, et al.,<br><br>  Defendants. | No. 1:25-cv-00284-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, AND ORDER GRANTING PLAINTIFF AN ADDITIONAL THIRTY DAYS TO PAY FILING FEE IN FULL<br><br>Docs. 10, 11 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 6, 2025, and filed a motion to proceed in forma pauperis (IFP). Docs. 1, 2. A certified copy of plaintiff's prison trust fund account statement was filed on March 11, 2025. Doc. 6. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On March 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff be directed to pay the $405.00 filing fee for this action. Doc. 8. The magistrate judge found that plaintiff was able to afford the costs of this action because his trust account statement showed he had the available sum of $876.07 as of March 7, 2025. *Id.* at 2. Plaintiff did not timely file objections.

1

1         On April 9, 2025, the Court issued an order adopting the findings and recommendations in
2    full and ordering plaintiff to pay the $405.00 filing fee in full within 20 days.  Doc. 9.  Plaintiff
3    was warned "that failure to timely pay the required filing fee as ordered will result in the
4    dismissal of this action without prejudice."  Doc. 9 at 2.

5         On May 1, 2025, plaintiff filed objections and a motion for reconsideration.  Docs. 10, 11.
6    Plaintiff's motion explains that he attempted to timely filed his objections to the findings and
7    recommendations and believed he had done so, and that he became aware that the Court had not
8    received his objection only on April 14, 2025, when he received the Court's April 9, 2025 Order.
9    Doc. 11 at 2–3.  Plaintiff then refiled his objections with the Court.

10        Having considered petitioner's motion for reconsideration (Doc. 11) and his objections
11   (Doc. 10), the Court finds that they do not provide a basis for reconsideration of the Court's
12   April 9, 2025 Order adopting the magistrate judge's findings and recommendations.  In his
13   objections, plaintiff acknowledges that he has the requisite funds in his account but indicates that
14   he received those funds as an inheritance from his mother.  Doc. 10 at 2–3.  Plaintiff states that he
15   has a qualm about paying the court filing fee with his inheritance, *id.* at 2, but he does not dispute
16   that he has sufficient funds to pay the filing fee.  As plaintiff has sufficient funds to pay the
17   $405.00 filing fee for this action, *in forma pauperis* status is not warranted and plaintiff must pay
18   the filing fee for this case to proceed.  However, the Court will provide plaintiff an additional 30
19   days to pay the filing fee required to proceed with this action.
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Accordingly, the Court ORDERS:

1. Plaintiff's motion for reconsideration, Doc. 11, is denied;
2. Within 30 days from the date of service of this order, plaintiff shall pay in full the $405.00 filing fee if he wishes to proceed with his action; and
3. Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: May 14, 2025

_____
UNITED STATES DISTRICT JUDGE