UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MERIWETHER, | No. 1:25-cv-00284-KES-SAB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| MOSQUEDA, et al., | Doc. 12 |
| Defendants. | |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On March 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis (Doc. 2) be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the filing fee in full to proceed with this action, Doc. 13.

On April 9, 2025, the undersigned issued an order adopting the findings and recommendations in full and ordering plaintiff to pay the $405.00 filing fee in full within twenty (20) days. Doc. 9. In that order, plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed. *Id.*

On May 1, 2025, plaintiff filed objections and a motion for reconsideration. Docs. 10, 11. On May 14, 2025, plaintiff's motion for reconsideration was denied as he did not provide any

1

1  basis for reconsideration of the magistrate judge's findings and recommendations. Doc. 12. As
2  plaintiff had sufficient funds to pay the filing fee, the Court granted plaintiff an extension of time
3  to pay the $405.00 filing fee in full within thirty (30) days. *Id.* at 2. Plaintiff has not paid the
4  filing fee, and the deadline for him to do so has expired. *See* docket.

5        As plaintiff has failed to pay the appropriate filing fee, this case cannot proceed at this
6  time.

7        Accordingly,

8    1. This action is dismissed, without prejudice, for plaintiff's failure to pay the filing fee; and
9    2. The Clerk of the Court is directed to close this case.

12  IT IS SO ORDERED.

13     Dated:  June 23, 2025

                                     UNITED STATES DISTRICT JUDGE